**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 04-cv-02455-REB-BNB

CHARLES H. CLEMENTS,

    Plaintiff,

v.

THOMAS C. MILLER,
JANIS E. CHAPMAN, and
KATHERINE GRIER,

    Defendants.

## ORDER ADOPTING RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matters is before me are (1) Recommendation of the United States Magistrate Judge [#71], filed June 17, 2005; and (2) Recommendation of the United States Magistrate Judge [#72], filed June 17, 2005. The Magistrate Judge recommends that plaintiff's claims against defendant Chapman be dismissed for lack of subject matter jurisdiction and that his claims against defendants Grier and Miller be dismissed for lack of subject matter jurisdiction and failure to state a claim on which relief may be granted. In addition, the Magistrate Judge recommends that in the absence of any viable federal claim, I decline to exercise supplemental jurisdiction over plaintiff's state law claims. Plaintiff has filed his Exception to Recommendation of United States Magistrate Judge and Prayer [#73 & #74], filed June 24, 2005. I overrule the objections and adopt the recommendations.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law. Additionally, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and have held them to a less stringent standard than formal pleadings drafted by lawyers. See **Haines v. Kerner**, 104 U.S. 519, 520-21 (1072), **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Nevertheless, I find plaintiff's objections to be imponderous and without merit. Contrastingly, the recommendations are detailed and well-reasoned. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendations proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

(1) That the Recommendation of United States Magistrate Judge [#71], filed June 17, 2005, is **APPROVED AND ADOPTED** as an order of this court;

(2) That the Recommendation of United States Magistrate Judge [#72], filed June 17, 2005, is **APPROVED AND ADOPTED** as an order of this court;

(3) That Plaintiff's Exception to Recommendation of United States Magistrate Judge and Prayer [#73 & #74], filed June 24, 2005, is **OVERRULED**;

(4) That plaintiff's federal claims against defendant Chapman are **DISMISSED WITHOUT PREJUDICE** consistent with the recommendation of the Magistrate Judge;

(5) That plaintiff's federal claims against defendants Grier and Miller are **DISMISSED WITH PREJUDICE** consistent with the recommendation of the Magistrate

Judge; and

(6) That plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** consistent with the recommendation of the Magistrate Judge.

Dated July 21, 2005, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge