**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 04-cv-02455-REB-BNB

CHARLES H. CLEMENTS,

    Plaintiff,

v.

THOMAS C. MILLER,
JANIS E. CHAPMAN, and
KATHERINE GRIER,

    Defendants.

---

**ORDER DENYING DEFENDANT GRIER'S
REQUEST FOR ATTORNEYS' FEES**

---

**Blackburn, J.**

    The matter before me is Defendant Grier's Request for Attorney's Fees [#88], filed August 5, 2005. By this motion, defendant seeks $13,776.00 in attorneys' fees. Setting aside the issue of whether claims that were found to be wholly frivolous merited the expenditure of nearly 100 hours of attorney time, *see* ***White v. General Motors Corp.***, 908 F.2d 675, 684 (10th Cir. 1990), ***cert. denied***, 111 S.Ct. 788 (1991), the motion is not properly supported. The only evidence defendant proffers is a cursory table reflecting the total amount of hours expended by each of the attorneys or paralegals who worked on the case and an affidavit stating in conclusory fashion that the fees charged "were reasonably and necessarily incurred in defending the case." With all due respect to the affiant, her mere *ipse dixit* is not sufficient to support defendant's request for reimbursement of her fees.

**THEREFORE, IT IS ORDERED** that Defendant Grier's Request for Attorney's Fees [#88], filed August 5, 2005, is **DENIED**.

Dated September 14, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge