IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02455-REB-BNB

CHARLES H. CLEMENTS,

       Plaintiff,

v.

THOMAS C. MILLLER,
JANIS E. CHAPMAN, and
KATHERINE GRIER,

       Defendants.

ORDER TO CURE DEFICIENCY

Blackburn, Judge

Plaintiff submitted a Notice of Appeal on September 13, 2005 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___    is not on proper form (must use the court's current form)
     ___    is missing original signature by plaintiff/petitioner on motion
     ___    is missing affidavit
     ___    affidavit is incomplete
     ___    is missing original signature by plaintiff/petitioner on affidavit
     ___    affidavit is not notarized or is not properly notarized
     ___    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 15th day of September, 2005.

BY THE COURT:

s/ Robert E. Blackburn
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO